COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     James Gregory Akery v. The State of Texas

Appellate case number:   01-19-00616-CR

Trial court case number: 1609839

Trial court:             185th District Court of Harris County

The record in this case was due on November 7, 2019. The clerk's record was filed on November 5, 2019, but the reporter's record has not been filed. On November 6, 2019, the court reporter, Tamra Parks, filed an information sheet (1) indicating that appellant paid for the record and (2) requesting an extension to December 7, 2019 to file the reporter's record. This Court granted the extension the same day. On December 9, 2019, after the court reporter failed to file the record, this Court issued an order for the reporter's record to be filed within 30 days of the date of the order, advising the reporter that if "the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record." The court reporter did not respond and a reporter's record has not been filed.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* TEX. R. APP. P. 35.3(c). Accordingly, we abate the appeal and remand the cause to the trial court to conduct a hearing at which the court reporter, appellant's counsel, and representative of the Harris County District Attorney's Office counsel shall participate (1) to determine the reason for failure to file the record; (2) to establish a date certain when the reporter's record will be filed, and (3) to make whatever additional findings and orders are necessary to ensure that the record is timely filed.

The court coordinator of the trial court shall set a hearing date no later than **30** days from the date of this order and notify the parties and the Clerk of this Court of such date. The trial court shall have a court reporter record the hearing and file a separate reporter's record with this Court within **30 days** from the date of this order. The trial court's findings and recommendations and any orders issued pursuant to the hearing shall be included in a supplemental clerk's record and filed in this Court within **30 days** from the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record and the reporter's record of the hearing are filed in this Court. If the missing reporter's record is

filed prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
Acting individually


Date: ___April 28, 2020__